UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NIELSEN AUDIO, INC.,**

    **Plaintiff,**

v.                                                                          Case No.: 8:15-cv-2435-T-27AAS

**BUBBA CLEM a/k/a BUBBA THE
LOVE SPONGE and BUBBA RADIO
NETWORK, INC.,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court in response to a telephone call from Plaintiff's counsel inquiring as to whether the parties could file a joint notice summarizing current discovery disputes and, if appropriate, appear at a hearing on the matter. The Court permitted this streamlined procedure earlier in the discovery period in an effort to rule on a number of pending discovery issues in a concise and efficient manner. (Doc. 140). However, the discovery deadline, which the Court has extended four times, is *today*, October 10, 2017. (Doc. 138). Given that the undersigned is currently on criminal duty as well as tending to other pending matters in criminal and civil cases, the undersigned is not in a position to drop everything and turn to last-minute discovery disputes— much less discovery disputes that the parties have not briefed. Further, even if the undersigned was in a position to take on this Herculean task, there is not sufficient time for the Court to address and resolve discovery issues before the discovery deadline expires at the end of the day today. *See* Middle District Discovery (2015) at § I.F.1 (This district "follows the rule that the completion date means that *all discovery must be completed by that date*.") (emphasis in rule).

**DONE AND ORDERED** in Tampa, Florida on this 10th day of October, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge