IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIELSEN AUDIO, INC.,

    Plaintiff,

v.                                                Case No.: 8:15-cv-2435-JDW-AAS

BUBBA CLEM a/k/a BUBBA THE
LOVE SPONGE and BUBBA RADIO
NETWORK, INC.,

    Defendants.
_____/

## NIELSEN AUDIO, INC.'S FINAL TRIAL WITNESS LIST

    Pursuant to the Pretrial Order and Procedures Applicable to Civil Jury Trials before James D. Whittemore, District Judge (Dkt. 183), Nielsen Audio, Inc. ("Nielsen") hereby identifies the following fact and expert witnesses whom it intends to call at trial, either in person or by deposition testimony, excluding such rebuttal witnesses as may be necessary.

    Witnesses are listed in the approximate order in which Nielsen presently intends to call them to testify at trail, although Nielsen reserves the right to change or amend the sequence in which these witnesses will be called in accordance with this Court's procedures. This list does not constitute (a) a commitment that Nielsen will call any particularly witness at trial, (b) a representation that any of the witnesses listed are available or will appear for trial, or (c) an agreement or acknowledgement that an instruction of any kind would be warranted if any witness listed below is not called at trial.

    If any witness should prove to be unavailable at time of trial, Nielsen reserves the right to use such witness's deposition testimony. Nielsen also reserves the right to (a) call any witnesses listed or called by any of the Defendants, (b) substitute witnesses, to the extent that

the employment of any listed witness changes or the witness otherwise becomes unavailable for trial, (c) call additional witnesses to provide foundational testimony should Defendants contest the authenticity or admissibility of any exhibits offered into evidence at trial; and (d) amend its witness list in light of further rulings by the Court or any other changed circumstances.

| |
|---|
| Brad Kelly (live)<br>The Nielsen Company<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 |
| Nicholas Tabachuk (live, or by deposition if unavailable)<br>2345 Kings Point Drive<br>Largo, Florida 33774 |
| Dave Willinski (live)<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 |
| Hassan Labib (live)<br>The Nielsen Company<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 |
| Eric Rubenstein (live)<br>The Nielsen Company<br>85 Broad Street<br>New York, New York 10004 |
| Robert Mesler (by deposition)<br>107 Bee Street<br>Summerville, South Carolina 29483 |
| Keith Lawless (live, or by deposition if unavailable)<br>WHPT-FM<br>11300 4th Street North, Suite 300<br>St. Petersburg, Florida 33716 |
| Thomas Clyde (by deposition)<br>Kilpatrick Townsend<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, Georgia 30309-4528 |
| Joyce Fitch (live)<br>Beasley Broadcast Group Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, Florida 34103 |

| |
|---|
| Bubba Clem (live)<br>5264 61st Ave S.<br>Saint Petersburg, Florida 33715 |
| David A. Haas, CLP (Expert witness) (live)<br>Stout Risius Ross, LLC<br>Managing Director<br>One South Wacker Drive, 38th Floor<br>Chicago, Illinois  60606 |
| Rhody Bosley (Expert witness) (by deposition)<br>810 Chumleigh Road<br>Baltimore, MD 21212-1609 |
| Robert Patchen (Expert witness) (live)<br>5912 Rossmore Drive<br>Bethesda, Maryland 20814 |
| William Rose (live)<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 |
| John Snyder (live)<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 |
| Brian E. Beasley (live)<br>Beasley Broadcast Group Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, Florida 34103 |
| Chuck Pellem (live)<br>4112 Cragmont Drive<br>Tampa, Florida 33610 |
| Custodian of Records<br>Beasley Broadcast Group Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, Florida 34103 |
| Custodian of Records<br>Cox Media Group, Inc.<br>11300 4th Street North, Suite 300<br>St. Petersburg, Florida 33716 |

Dated:  June 29, 2018                              Respectfully submitted,

  */s/ Lawrence C. Drucker*

Alfred R. Fabricant, Esq. (*pro hac vice*)
Lawrence C. Drucker, Esq. (*pro hac vice*)
Sarah G. Hartman, Esq. (*pro hac vice*)
Jessica T. Lu, Esq. (*pro hac vice*)

        Brown Rudnick LLP
        7 Times Square
        New York, New York 10036
        (212) 209-4800; Fax (212) 209-4801
        E-mail: afabricant@brownrudnick.com
            ldrucker@brownrudnick.com
            shartman@brownrudnick.com
            jlu@brownrudnick.com

        and

        Mark J. Ragusa, Esq.
        Florida Bar No.: 0829633
        Gunster, Yoakley & Stewart, P.A.
        401 E. Jackson Street, Suite 2500
        Tampa, FL 33602
        (813) 222-6619; Fax: (813) 228-6739
        E-mail:    mragusa@gunster.com
            tkennedy@gunster.com
            eservice@gunster.com

        ***Trial Counsel for Plaintiff/Counterclaim Defendant, Nielsen Audio, Inc.***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 29, 2018, I filed the foregoing Witness List for Trial electronically through the Court's CM/ECF system, which caused a copy to be served by email on the following counsel for Plaintiff:

| | |
|---|---|
| Richard Rodriguez, Esq. | Todd Foster, Esq. |
| TODD FOSTER LAW GROUP | TODD FOSTER LAW GROUP |
| rrodriguez@tfosterlaw.com | tfoster@tfosterlaw.com |

        */s/ Lawrence C. Drucker*
          Lawrence C. Drucker