IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

NIELSEN AUDIO, INC.,

   Plaintiff,

vs.                    Case No.:  8:15-cv-2435-JDW-AAS

BUBBA CLEM a/k/a BUBBA THE
LOVE SPONGE and BUBBA RADIO
NETWORK, INC.,

   Defendants.
_____/

BUBBA CLEM a/k/a BUBBA
THE LOVE SPONGE
  and BUBBA RADIO
NETWORK, INC.,

Counterclaim Plaintiffs,
v.

NIELSEN AUDIO, INC.,

  Counterclaim Defendant.  /

**DEFENDANTS' FINAL TRIAL EXHIBIT LIST**

  Defendants/Counter Plaintiffs, BUBBA CLEM a/k/a BUBBA THE LOVE SPONGE and BUBBA RADIO NETWORK, INC. (collectively "Defendants"),

by and through their undersigned counsel, hereby file their Proposed Exhibit List pursuant to paragraph 5 of the Court's Pretrial Order (Dkt. 183). Defendants' are not certain of the order in which the Exhibits may be presented since Plaintiff will put on its case-in-chief first.  The list includes a brief description of the proposed exhibit and frequently references a corresponding Bates number that is keyed to discovery produced by the parties in this matter.

This proposed list of exhibits represents all the exhibits that Defendants anticipate seeking to introduce in their defense and case-in-chief.  Defendants reserve the right to use any exhibit listed by Plaintiff Nielsen Audio, Inc. in its Trial Exhibit List. Defendants also reserve the right to amend this list in light of and subject to further rulings by the Court.

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1. | | | N. Tabachuk | Text Messages between Bubba Clem and Nicholas Tabachuk (Clem Depo exhibits 7 and 8 and Tabachuk exhibits 24 and 25 and N00079892) |
| 2. | | | N. Tabachuk | Case Summary/Docket: State of Florida v. Tabachuk, Nicholas N00002181 - 2189 |
| 3. | | | N. Tabachuk | Certified Records - Nicholas Tabachuk Felony |
| 4. | | | N. Tabachuk | Mug Shots of N. Tabachuk N00002190 - 2207 |
| 5. | | | N. Tabachuk | 9/8/2015 – Email – Tampa Address N00038739 - 38741 |
| 6. | | | N. Tabachuk | 2/6/2015 – Facebook Message – N. Tabachuk and John Willis N00021781 |
| 7. | | | N. Tabachuk | 10/5/2015 – Email to H. Labib with N. Tabachuk voicemail audio file N00020760 - 20761 |
| 8. | | | N. Tabachuk | 2/19/2015 – Pinellas County Sheriff's Office Supplemental Report – Complainant N. Tabachuk N00002262 - 2267 |

| | | | | |
|---|---|---|---|---|
| 9. | | | N. Tabachuk | 1/22/2015 – Pinellas County Sheriff's Office Report – Complainant N. Tabachuk N00002234 - 2239 |
| 10. | | | N. Tabachuk | 2/17/2015 – Pinellas County Sheriff's Office Supplemental Report – Complainant N. Tabachuk N00002260 - 2261 |
| 11. | | | N. Tabachuk | 7/22/2015 – Tweet from @FlashUrSamsung N00002269 |
| 12. | | | N. Tabachuk | 7/22/2015 – Facebook Message – N. Tabachuk and Ray Mitchell N00021082 - 21084 |
| 13. | | | N. Tabachuk | 8/19/2015 - N. Tabachuk Panel Contact Search Results N00020661 - 20662 |
| 14. | | | N. Tabachuk | 8/14/2015 – Email Between Michael Calta and Nicholas Tabachuk N00021034 - 21035 |
| 15. | | | N. Tabachuk | 8/14/2015 – 8/25/2015 – Facebook Messages between N. Tabachuk and Jessye Rae Tabachuk N00021048 - 21081 |
| 16. | | | N. Tabachuk | 8/14/2015 – Missed Conversation with Dave Willinski N00024774 - 24775 |
| 17. | | | N. Tabachuk | 1/21/2015 – 1/23/2015 – Emails between N. Tabachuk and Det. Amy Plourde N00002240 - 2259 |
| 18. | | | N. Tabachuk | 1/9/2015 – 7/22/2015 - Twitter threads from @FlashUrSamsung N00002209 - 2232 |
| 19. | | | B. Clem | 10/4/2015 - Email - Addendum to Tampa PSLA CLEM004194 |
| 20. | | | B. Clem | CLEM004299-CLEM004303 Screenshots from theboneonline.com |
| 21. | | | B. Clem | CLEM004341-CLEM004386 Email btw Fuller, Bubba and Bean with screenshots of texts and tweets |
| 22. | | | B. Clem | CLEM004304-CLEM004340 Twitter screenshots |
| 23. | | | B. Clem | 10/6/2015 – Video of Bubba's Apology (https://youtu.be/ikQ3PgyPTEQ) |
| 24. | | | B. Clem | Article: Bubba the Love Sponge Clem admits to ratings tampering |
| 25. | | | B. Clem | CLEM004154-CLEM004159 Texts with Nicholas |
| 26. | | | B. Clem | 4/22/2015 – Cowhead Takes Bubba's Call on Air – Audio File |
| 27. | | | D. Haas | Expert Report of David A. Haas |
| 28. | | | D. Haas | Supplemental Expert Report of David A. Haas |
| 29. | | | D. Haas | 3/2/2017 – January 2017 PPM – A Historic Milestone |
| 30. | | | D. Willinski | 11/2/2015 Nielsen Comm Plan N00001284 – N00001289 , N00042947 – N00042951 |
| 31. | | | D. Willinski | 9/11/2015 - Email – Status -September 8-11 N00003288 |

| | | | | |
|---|---|---|---|---|
| 32. | | | D. Willinski | 11/2/2015 – Tampa Scenarios - Nielsen Action N00018738 -18739 |
| 33. | | | D. Willinski | 9/8/2015 – 9/9/2015 – Email – Tampa – Suggested Remedial Action N00047001 - 47003 |
| 34. | | | D. Willinski | 10/13/2015 - Email - Nielsen Audio - September 2015 PPM Data Refresh - N00011514-11517 |
| 35. | | | D. Willinski | 9/29/2015 – Background on Bubba N00037798 – N00037799 |
| 36. | | | D. Willinski | 11/2/2015 – Email with attachments– Update on Tampa October 2015 PPM Data N00001279 – N00001281 |
| 37. | | | D. Willinski | 10/5/2015 – Email with attachments– Final Comms Plan – Tampa N00001216 – N00001223 |
| 38. | | | D. Willinski | 9/17/2015 – Email – Timeline of Events N00031334 - 31335 |
| 39. | | | D. Willinski | 10/5/2015 – Email – Senior Watch Leadership Oct 6 2015 Notes N00015205 - 15206 |
| 40. | | | D. Willinski | 10/5/2015 - Email - Nielsen Audio Allegations Against Beasley - N00001172 - 1175 |
| 41. | | | D. Willinski | 9/29/2015 – Email - Urgent Inquiry N00000865 |
| 42. | | | D. Willinski | 8/26/2015 – MR Training Issues Identified by E&Y – N00083855 – N00083859 |
| 43. | | | D. Willinski | 11/11/2015 – Email from George Ivie re:Beasley N00042483 |
| 44. | | | D. Willinski | 9/16/2015 -Email- Food for thought -Miller Kaplan estimates N00016956 |
| 45. | | | D. Willinski | Re-Cap of the 9/20/16 Follow-up Meeting with Cox Media Group N00079672 - 79674 |
| 46. | | | D. Willinski | 4/23/2015 – Email to Laura Kutscher – Content Aired on WHPT N00034101 |
| 47. | | | D. Willinski | 4/24/2015 - Email – Tampering Tampa Audio - Status update N00023813 |
| 48. | | | D. Willinski | 4/24/2015 Email Tampering Tampa Audio N00000947 - 950, N00000695 - 696 |
| 49. | | | D. Willinski | 12/7/2015 -Email – Data you asked for N00023650 – N00023651 |
| 50. | | | D. Willinski | Nielsen – Tampa PPM Summary Report/Outline of Dates N00084726 – N00084744 |
| 51. | | | D. Willinski | 5/12/2015 – 5/5/2015 -  Email – MRC/Nielsen – Randy Pyle N00084193 – N00084195 |
| 52. | | | D. Willinski | 9/14/2015 – Nielsen Response, Final to MRC N00084355 – N00084379 |
| 53. | | | D. Willinski | 8/25/2015 – Article: Nielsen to Radio: Don't Boast and Post N00018803 - 18807 |
| 54. | | | D. Willinski | 7/24/2015 – Email – Tampa Homes Review N00006912 |

| | | | | |
|---|---|---|---|---|
| 55. | | | D. Willinski | 2/10/2016 – Email from Brendan Kane - Group Operations Notes February 2016 N00043381 – N00044389 |
| 56. | | | D. Willinski | 11/5/2015 -  Email – Ratings scandal brings $1 million lawsuit against local station personality N00043617 - 43620 |
| 57. | | | D. Willinski | Nielsen 2017 Year End Financials Press Release |
| 58. | | | D. Willinski | 12/31/2014 – Summary of Nielsen Employees Identified in PPM Panel N00006658 - 6660 |
| 59. | | | D. Willinski | Red File Entry: Nielsen-Affiliated Households- Draft N00016479 – N00016480 |
| 60. | | | D. Willinski | 1/4/2016 – Email – Potential Reprocessing – Nielsen Employee in PPM during Dec N00008925, N00010612 – N00010613, N00012487 - N00012488 |
| 61. | | | D. Willinski | 8/19/2015 – Email – Watch Winder – Randy's Ramblings N00034393 |
| 62. | | | D. Willinski | 8/14/2015 - 8/17/2015 – Email – Re: Witness Interview N00000878 – N00000883 |
| 63. | | | D. Willinski | 7/30/2015 – Email -Response to Ron Pinell's Question – N00042526 - 42528 |
| 64. | | | D. Willinski | 6/16/2015 – 7/9/2015 – Email - Three Tampa households N00020427 – 20448, N00020771 - 20774 |
| 65. | | | D. Willinski | 7/31/2015 – 8/3/2015 – Email – Tampa – Mike Calta Responds N00033890 – N00033891 |
| 66. | | | D. Willinski | 8/3/2015 – Email – Tampa – Mike Calta Responds N00034300 |
| 67. | | | D. Willinski | 3/17/2016 – Email – Tampa "Josh Chevyguy" and Mike Calta – N00018642 |
| 68. | | | D. Willinski | 10/01/2015 – Email – Conversation with Daniel Monistere N00035237 – N00035238 |
| 69. | | | D. Willinski | 7/17/2015 – Email – Status – July 13-17 N00002727 |
| 70. | | | D. Willinski | 7/22/2015 – 8/4/2015 – Email – Your post-Nielsen webinar reactions N00001837 - 1839, N00001668 – 1673, N00001693 - 1695, N00000492 – 495 |
| 71. | | | D. Willinski | 7/27/2016 – Email – Inquiry Regarding Tampa Market COX00295 – COX000296 |
| 72. | | | D. Willinski | 7/15/2015 – 7/16/2015 – Email -Follow-up Discussion with Cox N00002774 – N00002776 |
| 73. | | | D. Willinski | 8/6/2015 – Letter to Kent Dunn from Dave Willinski N00043228, N00002822 |
| 74. | | | D. Willinski | 10/6/2016 – Letter to Kent Dunn from Dave Willinski |
| 75. | | | D. Willinski | 10/16/2015 – Email– WBRN additional household data N00024097 – N00024101 |

Case 8:15-cv-02435-JDW-AAS   Document 260   Filed 06/29/18   Page 6 of 18 PageID 3094

6

| | | | | |
|---|---|---|---|---|
| 76. | | | D. Willinski | 7/22/2014 – Email – Guidelines for Social Media N00034526 - 34527 |
| 77. | | | D. Willinski | 5/20/2015 - 5/21/2015 – Email – Re: New Information on Bubba – N00036089 -36092 |
| 78. | | | D. Willinski | 1/28/2016 – Email – Cox Media N00037096 |
| 79. | | | D. Willinski | 10/16/2015 – Email – Nielsen Interview Strategy Robert Messler N00023482 - 23485 |
| 80. | | | D. Willinski | 10/5/2015 – Email – Disclosure of Tampa MR Incident Report N00083998 |
| 81. | | | D. Willinski | 8/27/2015 – 8/28/2015 – Email -Update N00042535 – N00042536 |
| 82. | | | D. Willinski | 8/20/2015 – Email – Tampa Remedial Action Review N00042555 – N00042556, N00043630 |
| 83. | | | D. Willinski | 9/22/2015 – 11/6/2015 – Email – PPM 2 – Inspection follow up (PBC K7 Red Files) N00034451 – 34458 |
| 84. | | | D. Willinski | 11/6/2015 – Email – EY Follow Up Q on Tampa Red File Incident. N00023567 – 23569, N00024371 -24373, N00035046 -35048 |
| 85. | | | D. Willinski | 11/9/2015 – Email – Reissue Policy Related to Tampa Incident – N00023730 – N00023731 |
| 86. | | | D. Willinski | 2/24/2016 – 4/14/2016 – Audit Response on Tampa Recruitment & Reissue Decision-Making N00036483 - 36485 |
| 87. | | | D. Willinski | 11/03/2015 – Email – Sarasota (Delistment) – N00074605 – N00074607 |
| 88. | | | D. Willinski | 6/8/2015 – 6/9/2015 – Email – Tampa HHID 13446176 – confidential N00020956 -N00020960 |
| 89. | | | D. Willinski | 8/20/2015 – Email – Tampa – MR HHs N00024058 – N00024063 |
| 90. | | | D. Willinski | 6/15/2015 - 6/19/2015 – Email Status Report N00023885-23887 |
| 91. | | | D. Willinski | 7/22/2015 – Email – Nick Freeling Wants a Minute of Our time During a Break N00043828 |
| 92. | | | D. Willinski | 8/14/2015 - 8/19/2015 – Email – re: Disclosure of Tampa MR Incident Report N00083915 - 83917 |
| 93. | | | D. Willinski | 7/9/2015 Email – Tampa July Wk1 BRN Trend N00017059 – N00017060 |
| 94. | | | D. Willinski | 8/20/2015 – Email with attachments– Tampa 18HH Impact N00024053 |
| 95. | | | D. Willinski | 7/15/2015 Draft incident Report N00005045 – N00005047 |
| 96. | | | D. Willinski | 10/21/2015 – Email – Household on Mike Calta Cruise N00022294 |

| | | | | |
|---|---|---|---|---|
| 97. | | | D. Willinski | 10/19/2015 – Email – Tampa Market Analysis – A new HH of concern N00020754 – 20757 , N00020718 - 20722, N00020840 –20849, N00020434 - 20438 |
| 98. | | | D. Willinski | 10/16/2015 – Email – Nielsen sues Bubba the Love Sponge N00026983 – N00026984 |
| 99. | | | D. Willinski | Article: Did Nielsen Kill The Radio Star? |
| 100. | | | D. Willinski | Article: Arbitron to Reissue Tampa Ratings |
| 101. | | | D. Willinski | 9/4/2015 – Email – Sev1 Meter Issue – 9/4 Prep Meeting for Listening Estimate Analysis N00011079 – N00011080 |
| 102. | | | D. Willinski | 5/22/2012 - 5/23/2012 – Email – WWRM Tampa Bay N00037107 – N00037108 |
| 103. | | | D. Willinski | Nielsen Pamphlet – Great News! You've been chosen |
| 104. | | | D. Willinski | PPM Rating Distortion and Rating Bias Handbook N00000547 – N00000555 |
| 105. | | | D. Willinski | Nielsen Local Radio Syndicated Services Description of Methodology N00083182 – N00083263 |
| 106. | | | D. Willinski | 8/13/2015 – Email – Cox-Tampa N00043015 - N00043016, N00043211 – N00043213 |
| 107. | | | D. Willinski | 8/14/2015 – Email – re: Cox – Tampa N00042892 – N00042893 |
| 108. | | | D. Willinski | 9/9/2015 – Email – Recommendation for Respondent Security Investigation N00042562 – N00042564 |
| 109. | | | D. Willinski | 10/7/2015 – Email – Remedial Action Meeting/Nielsen Affiliated Panelists N00042582 |
| 110. | | | D. Willinski | 7/23/2015 – Email – Tampa Panelist Call N00083988 – N00083997 |
| 111. | | | D. Willinski | 8/5/2015 – Email – Nielsen/ MRC – "Band" Household N00085097 – N00085122 |
| 112. | | | D. Willinski | 7/29/2015 – Nielsen Audio Tampa "Band" Household – Listening/Chronology N00084803 – N00084805 |
| 113. | | | D. Willinski | 7/1/2015 – Email - Tampa panelist/MRC N00003534 – N00003535 |
| 114. | | | D. Willinski | 10/15/2015 – Email – Danny and Matt Weekly Catch up N00023900 - 23901 |
| 115. | | | D. Willinski | 7/8/2015 – 7/16/2015 – Email – Tampa panelist/MRC background N00083990 – N00083992 |
| 116. | | | D. Willinski | 7/7/2014 – Email – Impact Analysis Product Notice N00042952 – N00042953 |
| 117. | | | D. Willinski | 5/21/2015 - Email – New Information on Bubba - N00020819 - 20820 |

| | | | | |
|---|---|---|---|---|
| 118. | | | D. Willinski | 4/24/2015 – Email – FW: Shenanigans in Tampa? N00003548 |
| 119. | | | D. Willinski | 2/8/2016 - 2/22/2016 – Email – WBRN heavy listening recheck N00024786 – N00024789 |
| 120. | | | D. Willinski | 8/26/2015 - 8/28/2015 – Email – Update N00020578 – N00020579 |
| 121. | | | D. Willinski/ R. Michaels | Media Rating Council Statement On December 2016 Nielsen Audio PPM Service Accreditation (George Ivie) |
| 122. | | | D. Willinski/ K. Lawless | 9/16/2015 - 9/17/2015 – Email – Re: Question about Station/Quick Question N00018554 – N00018557 |
| 123. | | | D. Willinski/K. Lawless | COX 00430 – Nielsen letter to Thomas M. Clyde |
| 124. | | | D. Willinski/ K. Lawless | 10/5/2015 - 10/6/2015 – Email – Beasley – Fayetteville, NC N00017075 - 17077, N00016958 - 16960 |
| 125. | | | D. Willinski/ K. Lawless | 10/5/2015 – Email from Laura Kutscher – Cox response to Tampa release N00001727 - 1730 |
| 126. | | | D. Willinski/ R. Michaels | Article: TV Ratings by Nielsen Had Errors for Months |
| 127. | | | H. Labib | 8/27/2015 Email: Regarding the Tampa Home N00042453 - 42457 |
| 128. | | | H. Labib | 9/29/2015 – Email - P&C Question N00020408 |
| 129. | | | H. Labib | 9/29/2015 - Email - Today's Tampa Paper - N00000857 and N00000956 |
| 130. | | | H. Labib | 10/6/2015 - 10/9/2015 Email – Data Request for Tampa Market N00020409 – N00020412 |
| 131. | | | H. Labib | 10/19/2015 – Email with attachment– Today's Interviews N00020828 |
| 132. | | | H. Labib | 10/14/2015 – Email – Interview for Mark Hernandez & Chuck Pellem N00020977 - 20980 |
| 133. | | | H. Labib | 10/14/2015 – Lansing Investigation and Security Consulting – Interview of Charles "Chuck" Pellem N00000007 – N00000013 |
| 134. | | | H. Labib | 9/23/2015 – Lansing Investigations and Security Consulting Executive Summary N00021745 – N00021757 |
| 135. | | | H. Labib | 10/14/2015 – Email – NA Tampa Update N00020415 - 20416 |
| 136. | | | H. Labib | 10/19/2015 – Nielsen Security Investigation - Lisa Canova- N00000002 - 3 |
| 137. | | | H. Labib | 10/14/2015 -Email – NA Tampa Update N00020654 - 20655 |

| | | | | |
|---|---|---|---|---|
| 138. | | | H. Labib | 9/21/2015 - 9/24/2015 – Email – New Urgent Inquiries (with attachments)  N00020429 - N00020433 |
| 139. | | | H. Labib | 9/28/2015 – Email – Chuck Pellem N00000730, N00000803 |
| 140. | | | H. Labib | 9/28/2015 – Email – FW: Chuck Pellem N00020404 - 20406 |
| 141. | | | H. Labib | Nicholas Tabachuk report N00042487 – N00042498, N00000014 – N00000025 |
| 142. | | | H. Labib | 8/18/2015 – Nielsen Report of Interview INC-107682 N00077481 – N00077482, N00021787 – N00021788 |
| 143. | | | H. Labib | 9/15/2015 – 9/16/2015 Email Baltimore Interview N00020522 – N00020523 |
| 144. | | | H. Labib | 9/11/2015 Email re: New SMSs Received from the CW N00020686 |
| 145. | | | H. Labib | 9/4/2015 – 9/5/2015 Email Tampa Investigation N00000731, N00000831 -853 |
| 146. | | | H. Labib | 8/30/2015 Email Notes N00020422 |
| 147. | | | H. Labib | 8/26/2015 – Email– Tampa Investigation – Update N00020853 – N00020856 |
| 148. | | | H. Labib | 8/26/2015 Lansing Investigations and Security Consultants Interview of Nicholas Tabachuk N00021767 – N00021768 |
| 149. | | | H. Labib | 8/20/2015 Email re: New Request N00020598 |
| 150. | | | H. Labib | 8/18/2015 – Email - Witness interview N00048675 – N00048680 |
| 151. | | | H. Labib | 8/14/2015 - 8/18/2015 -Email - re: Witness Interview COX 00291 - 294 |
| 152. | | | H. Labib | 8/14/2015 - 8/17/2015 – Email – Re: Witness Interview N00000878 – N00000880 |
| 153. | | | H. Labib | 9/4/2015 – 9/5/2015 – Email – Tampa Investigation – Executive Summary of Evidence N00000832 - 854 |
| 154. | | | H. Labib | Nielsen Executive Summary of Investigation into Allegations of Panel Tampering N00000031 – N00000048 |
| 155. | | | H. Labib | Email – Tampa Investigation – Update N00000868 – N00000869 |
| 156. | | | H. Labib | 10/19/2015 - Nielsen Security Investigation - N00000004 - 6 |
| 157. | | | H. Labib | 10/16/2015 – Email – WBRN additional household data N00023940 – N00023943 |
| 158. | | | H. Labib | 7/20/2015 - 10/9/2015 – Email – Charleston, SC – Diarykeeper Panelist N00020405 - 20406 |
| 159. | | | H. Labib | Nielsen Security: Interview of Robert and Lee Ann Mesler N00000026 – N00000030 |

| | | | | |
|---|---|---|---|---|
| 160. | | | H. Labib | 10/22/2015 – Nielsen Security - Telephone call to Robert and Lee Ann Mesler N00000001 |
| 161. | | | H. Labib | 10/23/2017 – Email - Robert Messler N00021919 |
| 162. | | | H. Labib | 9/20/2015 – 9/21/2015 – Email – Urgent New Data Request N00022717 – N00022719 |
| 163. | | | H. Labib | 8/19/2015 – 8/20/2015 – Email – Tampa Market N00000735 – 736, N00000749 - 754 |
| 164. | | | J. Chase | 4/8/2016 – Email – More Beasley for you, Danny N00036856 – N00036857 |
| 165. | | | J. Chase | 2013 Arbitron Questionnaire Document N00036389 - 36390 |
| 166. | | | J. Chase | 11/6/2015 – Email Tampa Republication BBG000098 – BBG000103 |
| 167. | | | J. Chase | Email re: Compliance BBG000153 – BBG000155 |
| 168. | | | J. Chase | Email re: Press Release BBG000166 – BBG000168 |
| 169. | | | J. Chase | 10/13/2015 - Email to T. Bean re: Compliance Training - Bean Deposition Ex. 1 |
| 170. | | | J. Chase | BBG000491 - 492 Addendum to Program License Syndication Agreement Between Beasley and BRN |
| 171. | | | J. Chase | 4/7/2015 Email re: background on WBRN call N00000497 – N00000499 |
| 172. | | | J. Chase | 07/01/2015 - 7/22/2015 – Email – Tampa panelist/MRC - CLEM004215 - 4216, CLEM004185 – 4187 |
| 173. | | | J. Chase | 6/30/2015 Email FW: Tampa Panelist/ MRC N00001602 – N00001603 |
| 174. | | | J. Chase | 8/3/2015 - 8/4/2015 Email Letter from Nielsen N00000556 |
| 175. | | | J. Chase | 7/14/2015 – Email – WBRN Meters CLEM004238 – CLEM004240 |
| 176. | | | J. Chase | 10/6/2015 – Email with attachment -Bubba's Apology for the press |
| 177. | | | J. Fitch | Beasley Media Group Comments on Nielsen Decision to Delist WBRN 98.7 From October 2015 Ratings Report BBG000108 - 109 |
| 178. | | | J. Fitch | Emails re: Nielsen/Beasley Matter BBG000091 – BBG000097 |
| 179. | | | J. Fitch | Email re: Press Release BBG000104 – BBG000109 |
| 180. | | | J. Fitch | Email re: Nielsen Audio October 2015 PPM Data BBG000110 - 00134 |
| 181. | | | J. Fitch | Email re: Beasley's Notice BBG000169 – BBG000213 |
| 182. | | | J. Fitch | Email re: Notice Drafts BBG000214 - BBG000219 |

Case 8:15-cv-02435-JDW-AAS   Document 260   Filed 06/29/18   Page 11 of 18 PageID 3099

11


| # | | | | |
|---|---|---|---|---|
| 183. | | | J. Fitch | 10/4/2015 – Email – Beasley's Notice N00000343 – N00000349 |
| 184. | | | J. Fitch | 10/5/2015 – Email – Re: Beasley's Notice N00002044 – N00002050 |
| 185. | | | J. Fitch | 9/29/2015 – Email – FW: Follow Up to our Call N00002383 – N00002385 |
| 186. | | | J. Fitch | Email re: republication of September and October Tampa Nielsen Reports, BBG000090, BBG000098 – BBG000103 |
| 187. | | | J. Fitch | Email re: Follow Up to Our Call BBG000232 – BBG000235 |
| 188. | | | J. Fitch | 9/28/2015 - Letter to Eric Rubenstein from Steve Lerman N00002175 - 2179 |
| 189. | | | J. Fitch | 11/4/2015 – Email – Guidelines for Media Affiliation and Ratings Distortion CLEM 004177 - 4180 |
| 190. | | | J. Fitch | Confidentiality and Restricted Use Agreement – Nielsen and Beasley - BBG000454- 455 |
| 191. | | | J. Fitch | Email re: Notice of Allegations of Ratings Distortion Activities BBG000430 – BBG000453 |
| 192. | | | J. Fitch | Emails re: Urgent/Beasley BBG000393 – BBG000397 |
| 193. | | | J. Fitch | Email re: Information -Nicholas Tabachuk BBG000374 – BBG000389 |
| 194. | | | J. Fitch | 9/28/2015 – Letter to Eric Rubenstein from Steve Lerman BBG000250 – BBG000357 |
| 195. | | | J. Fitch | 1/4/2016 - Email - Legal Fee CLEM-004188 |
| 196. | | | J. Fitch | 10/7/2015 - Email - Legal Fees CLEM-004189 |
| 197. | | | J. Fitch | 9/21/2015 – Letter – Notice of Allegations of Ratings Distortion Activities with Attachments N00078148 – 78150, N00000534 |
| 198. | | | K. Lawless | CMG/Nielsen Contract Extension/Amendment N00087461 |
| 199. | | | K. Lawless | Extension Addendum to Radio Station License Agreement to Receive and Use Arbitron PPM Data and Estimates N00049026 - 49031 |
| 200. | | | K. Lawless | 4/28/2016 – Email from Brad Kelly – Follow up from the NAB COX00142 – COX00144 |
| 201. | | | K. Lawless | COX 00004 - Appointment reminder re meeting at Cox on 1/28/2017 |
| 202. | | | K. Lawless | COX 00012 - Email re Bubba's delay being rejected |
| 203. | | | K. Lawless | Cox Media Presentation – Nielsen's Actions in Connection with the BTLS Ratings Distortion Scheme COX00300 – COX00329 |

| # | | | | |
|---|---|---|---|---|
| 204. | | | K. Lawless | 11/24/2015 – Email – Tampa November PPM Monthly Data and Trend View COX0057 – COX0062 |
| 205. | | | K. Lawless | COX 00009 - Email -Looks like Nielsen may not have got a WBRN panelist out of the Sarasota Bradenton fall book |
| 206. | | | K. Lawless | 3/30/2016 – Email from Tony Burton – "Tony D. Burton (@Agent TDB) liked a Tweet you were mentioned in COX00007 |
| 207. | | | K. Lawless | COX 00285 - 00287 - Email re interview at Labib's office |
| 208. | | | K. Lawless | COX 00424 -Email re: Tampa Market Update (9/9/15) |
| 209. | | | K. Lawless | COX 00401 - COX 00422– Email re: Tampa Market |
| 210. | | | K. Lawless | COX 00385 - 391 - Email attaching letter addressed above |
| 211. | | | K. Lawless | COX 00279 - 281 - Email re running late for call |
| 212. | | | K. Lawless | COX 00276 - 278 - Clyde email attaching screenshots of Twitter by @JayBlev |
| 213. | | | K. Lawless | COX 00268 -269 - Email with screenshot of Bubba twitter msg to @hopster01 |
| 214. | | | K. Lawless | COX 00266 - 267 - Email from Clyde re question about ratings book |
| 215. | | | K. Lawless | COX 00255 - 257 - Email re moving call |
| 216. | | | K. Lawless | COX 00234 - 235 - Email from Clyde re scheduling a phone conference |
| 217. | | | K. Lawless | COX 00232 - 233 - Email from Clyde re rumored shipping container at BRN |
| 218. | | | K. Lawless | COX 00126 - Email from Lawless attaching text to Matt at Nielsen |
| 219. | | | K. Lawless | COX 00107 - 108- Email attaching Nielsen Audio PPM RLD Data Refresh |
| 220. | | | K. Lawless | COX 00109 - 110 - Email from Lawless asking for copy of memo written to subscribers |
| 221. | | | K. Lawless | COX 00072 - 73 - Cox email re Bubba getting fired after his last Beasley show |
| 222. | | | K. Lawless | COX 00035 - Lawless email saying he left VM re Nielsen Update |
| 223. | | | K. Lawless | 8/26/2015 – Email – Tampa Market N00002116 – N00002120 |
| 224. | | | K. Lawless | 6/26/2015 – Email from Paul Douglas – THR Call COX00264 – COX00265 |
| 225. | | | K. Lawless | 2/4/2015 – 2/9/2015 – Emails -Tweet from Tampa Radio Ratings (@RatingsReporter) N00017857 - 17859 |
| 226. | | | K. Lawless | 6/22/2015 – Email from Thomas Clyde – Follow-up Discussion with Cox N00000671 |

| | | | | |
|---|---|---|---|---|
| 227. | | | K. Lawless | 2/6/2015 – Email from D. Willinski -Tweet from Tampa Radio Ratings (@RatingsReporter) N00033986 - 33987 |
| 228. | | | K. Lawless | 11/2/2015 – Email from K. Lawless – Nielsen Delists Tampa's WBRN for a Second Month COX00112 – COX00114 |
| 229. | | | K. Lawless | 11/19/2015 – Letter from Thomas Clyde re: Ratings Manipulation by Bubba Clem and the Bubba Radio Network, Inc. COX00330 – COX00384 |
| 230. | | | K. Lawless | 7/27/2016 – Email from T. Clyde – Inquiry Regarding Tampa Market COX00295 - 296 |
| 231. | | | K. Lawless | 1/3/2017 - Allaccess.com Article on Kim Guthrie |
| 232. | | | K. Lawless | 4/12/2016 – DelColliano's notes re:rigged system N00017438 – N00017441 |
| 233. | | | K. Lawless | COX 00270 - Audio file |
| 234. | | | K. Lawless | COX 00271- Audio file |
| 235. | | | K. Lawless | COX 00435 -Audio file |
| 236. | | | K. Lawless | COX 00436 - Audio File |
| 237. | | | K. Lawless | COX 00437 - Audio File |
| 238. | | | K. Lawless | COX 00297 – Cox Matter |
| 239. | | | K. Lawless/T. Bean | Broadcast Services Agreement COX 00441 - 004462 |
| 240. | | | K. Lawless/T. Bean | 6/1/2015 – Email – Address for Packaging COX00228 – COX00231 |
| 241. | | | N. Freeling | 10/7/2015 – Email – Remedial Action Meeting/Nielsen Affiliated Panelists N00042582 |
| 242. | | | N. Freeling/D. Willinski | 12/22/2014 – Email – Employee inquiry – Confidential N00025777 – N00025779 |
| 243. | | | N. Tabachuk | CLEM 000001 – 004150 – Bubba Clem phone records January 2015 – September 2015 |
| 244. | | | P. Mears | Article: Voltair and U.S. Radio Solves Nielsen's PPM Problem |
| 245. | | | P. Mears | 7/21/2015 - 7/22/2015 – Email – Re: Webinar Client feedback thus far N00008931 -8943 |
| 246. | | | P. Mears | 9/17/2015 – Email – messaging N00010867 – N00010869 |
| 247. | | | P. Mears | Articles: Inconsistent Nielsen data vexes public radio stations and inspires a commercial solution |
| 248. | | | P. Mears | Article: To Voltair or Not to Voltair, That is the Question! |
| 249. | | | P. Mears | Article: Voltaire to Nielsen: "Common sense is not so common." |
| 250. | | | P. Mears | Article: Nielsen's Testing Hasn't Resolved The Radio Ratings Debate |

| | | | | |
|---|---|---|---|---|
| 251. | | | P. Mears | 5/20/2015 - Letter to Paul Mears from MRC – N00085029 – N00085043 |
| 252. | | | P. Mears | Rebuttal Export Report of Paul Mears |
| 253. | | | P. Mears | Article: NBCUniversal Ad Sales Chief Slams Nielsen for TV Measurement Problems |
| 254. | | | R. Michaels | 10/9/2015 – Email with attachment – Re: can you confirm… N00006994, N00013146 - 48 |
| 255. | | | R. Michaels | 9/12/2014 Email – In-Tab Rate Impact N00015939 |
| 256. | | | R. Michaels | Article: Arbitron's Perverse PPM Panelist Incentives |
| 257. | | | R. Michaels | 7/16/2015 – 8/12/2015 – Nielsen Audio PPM Journal of Changes N00035892 - 35893 |
| 258. | | | R. Michaels | 6/18/2015 – 7/15/2015 – Nielsen Audio PPM Journal of Changes N00035894 |
| 259. | | | R. Michaels | 3/26/2015 – 4/22/2015 – Nielsen Audio PPM Journal of Changes N00035540 - 35542 |
| 260. | | | R. Michaels | 4/23/2015 – 5/20/2015 – Nielsen Audio PPM Journal of Changes N00035895 - 35896 |
| 261. | | | R. Michaels | Article: Nielsen Announces New Radio Measurement Agreement with IHeartMedia |
| 262. | | | R. Michaels | Article: Cumulus Media Signs Long-Term Extension For Radio Measurement with Nielsen |
| 263. | | | R. Michaels | Article: Nielsen and CBS Radio Extend Audio Ratings Agreement |
| 264. | | | R. Michaels | Article: Lazer Broadcasting Renews Agreement With Nielsen Audio |
| 265. | | | R. Michaels | Article: Univision Signs Long Term Multi-Market Renewal Agreement With Nielsen |
| 266. | | | R. Michaels | Article: Nielsen Puts Voltair Box To The Test. |
| 267. | | | R. Michaels | Article: Nielsen Is A Monopoly – But Court Ok With It |
| 268. | | | R. Michaels | Article: Startup Sues Nielsen |
| 269. | | | R. Michaels | Article: Sunbeam Television Corp v. Nielsen Media Research, Inc |
| 270. | | | R. Michaels | Article: How Nielsen Has Built A TV Ratings Monopoly Nearly as Old as TV |
| 271. | | | R. Michaels | Media Rating Council, Inc. Minimum Standards for Media Rating Research (Bosley Depo Ex. 9) |
| 272. | | | R. Michaels | Media Rating Council Accreditation Status Updates, July 2015 – September 2015 |
| 273. | | | R. Michaels | 12/10/2015 - MRC subcommittee draft |
| 274. | | | R. Michaels | Excerpts of MRC Audit Reports N00084806 – N00085025 |
| 275. | | | R. Michaels | Article: Q100 flagged for Nielsen Audio ratings 'distortion' effort |
| 276. | | | R. Michaels | Rebuttal Expert Report of Randy Michaels |

| | | | | |
|---|---|---|---|---|
| 277. | | | R. Michaels | Article: Why Nielsen Ratings Are Inaccurate, and Why They'll Stay That Way |
| 278. | | | R. Michaels | Article: The Queen of FM Fights for Her Throne |
| 279. | | | R. Michaels | Article: Arbitron Panelist, "F_- this!" |
| 280. | | | R. Michaels | Article: Arbitron Case Shows You Can't Trust Multicultural-Audience Ratings |
| 281. | | | R. Michaels | Article: Fox News Caught In Massive Nielsen Ratings Fraud |
| 282. | | | R. Michaels | 9/1/2016 – Article – Nielsen: 'Isolated Personnel Issue' at Root of L.A. PPM Snafu |
| 283. | | | R. Michaels | Article: The Radio Headphone Measurement Problem |
| 284. | | | R. Michaels | Article: MRC Yanks Nielsen Dec. PPM Survey Accreditation |
| 285. | | | R. Michaels | 8/29/2016 – Article – Nielsen Mum as L.A. Radio Ratings Arrive |
| 286. | | | R. Michaels | 8/22/2016 – Article – Nielsen Finds Irregularities in Los Angeles PPM Homes |
| 287. | | | R. Michaels | Article: Radio Ratings Are In A Heap of Trouble |
| 288. | | | R. Michaels | Article: Who's No. 1? Ratings return for local radio stations |
| 289. | | | R. Michaels | Article: Radio Ratings Device Flawed, Stations Say |
| 290. | | | R. Michaels | Article: Nielsen Flips Off Media Rating Council…Again |
| 291. | | | R. Michaels | 9/3/2015 - 9/8/2015 – Email – Action Items: Local Business Review N00016408 - 16415, N00009780 - 9787, N00009584-9587, N00009010-9011 |
| 292. | | | R. Michaels | 7/30/2015 – Email – DIN Request: Committee Review for Tampa HH 10769223 N00024224 - 24226 |
| 293. | | | R. Michaels | Appendix A – Formulas and Detailed Statistical Information from 2015 – 2016 Local Reference Supplement N00024500 – N00024521 |
| 294. | | | R. Michaels | Neilsen v. Flinn - Complaint |
| 295. | | | R. Michaels | Nielsen v. Flinn – First Amended Answer and Counterclaim N00083367 – N000833460 |
| 296. | | | R. Michaels | Article: Nielsen Hasn't Heard The End of Flinn Lawsuit |
| 297. | | | R. Michaels | Nielsen How to Be Part of the Media Ratings N00080421 – N00080445 |
| 298. | | | R. Michaels | Nielsen How to Use Your Personal Meter N00080684 – N00080715 |
| 299. | | | R. Michaels | Agreement Between Arbitron Inc. And The Attorney General of Maryland Regarding PPM Methodology In the Washington, DC and Baltimore Markets |

| | | | | |
|---|---|---|---|---|
| 300. | | | R. Michaels | The People of the State of California v. Arbitron, Inc. Stipulation For Entry of Final Judgment |
| 301. | | | R. Michaels | The People of the State of New York v. Arbitron Inc Stipulated Order on Consent |
| 302. | | | R. Michaels | Anne Milgram, Attorney General of the State of New Jersey v. Arbitron, Inc Final Consent Judgment |
| 303. | | | R. Michaels | Article: Big Swings in L.A. radio ratings raise questions |
| 304. | | | R. Michaels | Article: Univision Ratings Scandal: 'Someone Needs to Put These Cheaters In Check' |
| 305. | | | R. Michaels | Article: Glendale Radio Station Employee Fired in Scandal |
| 306. | | | R. Michaels | Article: Nielsen concludes L.A. radio ratings probe; Univision not sanctioned |
| 307. | | | R. Michaels/ D. Haas | Article: Why Nielsen Comes Up Short in Radio Measurement |
| 308. | | | R. Patchen | 5/5/2015 – Results of 2014 Nielsen Audio PPM 2 Audit N00026148 -26151 |
| 309. | | | R. Patchen | Expert Report of Robert Patchen |
| 310. | | | T. Bean | 11/2/2015 Email re: Nielsen Delists WBRN second month N00016868 |
| 311. | | | T. Bean | October 2016 – Special Notices -  N00082767 |
| 312. | | | T. Bean | Master Station License Agreement to Receive and Use Arbitron Radio Audience Estimates BBG000400 - 429 |
| 313. | | | T. Bean | 8/29/2014 – Letter – Re: Broadcast Services Agreement with Bubba Radio Network |
| 314. | | | T. Bean | Program License Syndication Agreement BBG000460 - 490 |
| 315. | | | T. Bean | 7/25/2014 Email Re: Tampa N00017807 – N00017811 |
| 316. | | | T. Bean | 8/22/2016 – Letter to Tom Bean from Brian Beasley – CLEM 005327 – 005328 |
| 317. | | | T. Bean | Genesis Communications of Tampa Bay, Inc./ Bubba Radio Network, Inc. 2017 1099-Misc |
| 318. | | | T. Bean | November 2015 –PPM Performance Report N00004534 – N00004538 |
| 319. | | | T. Bean | July 2015 - PPM Performance Report N00004739 – N00004743 |
| 320. | | | T. Bean | April 2015 - PPM Performance Report – N00004286 – N00004290 |
| 321. | | | T. Bean | June 2014 - PPM Performance Report – N00005142 – N00005146 |
| 322. | | | T. Bean | February 2014 - PPM Performance Report – N00003610 – N00003614 |

| | | | | | |
|---|---|---|---|---|---|
| 323. | | | | T. Bean | 1/23/2008- Email – Bubba the love sponge-Cox N00036878 |
| 324. | | | | T. Bean | 1/2/2015 – Email – Thomas Bean CLEM 005379 -5383 |
| 325. | | | | T. Bean | Message to Gabe – Questions/Risks N00021280 |
| 326. | | | | T. Bean | Randy Hahn Twitter thread re: ratings (@YourTruthRx) |
| 327. | | | | T. Bean | N00085165-N00086089 Radio Market Report - Holiday 2015 |
| 328. | | | | T. Bean | N00086090-N00086946 - Radio Market Report - Holiday 2014 |
| 329. | | | | T. Bean | N00086947-N00087459 Radio Market Report - Holiday 2016 |
| 330. | | | | T. Bean | Summary of findings for Nicholas Tabachuk's cell phone N00021087 |
| 331. | | | | T. Bean | CLEM004428-CLEM004450 Screenshots of ratings log and tweets |
| 332. | | | | T. Bean | Twitter and LinkedIn Profiles for Rebecca Withers (worked for Cox and Nielsen simultaneously) |
| 333. | | | | T. Bean | 8/3/2015 Email re: post-Nielsen webinar N00016608 |
| 334. | | | | T. Bean | 5/19/2015 – Email – Resending TPA N00017877 – N00017882 |
| 335. | | | | T. Bean | Expert Report of Rhody Bosley |
| 336. | | | | T. Bean | 6/2/2015 – Email with attachments– INC – 107682 N00020504 – N00020509 |
| 337. | | | | W. Rose | 9/27/2015 – Email – Conversation with Bill Rose N00001708 – N00001709 |
| 338. | | | | W. Rose | 7/21/2015 – Email – Re: Webinar Client feedback thus far N00007728 – N00007735 |
| 339. | | | | W. Rose | 8/7/2015 – Email – CBET Enhanced Webinar Deck and CBET Validation Plan N00084380 – N00084396 |
| 340. | | | | W. Rose | Nielsen PPM Sample Prep Screenshots – Which Stations Did You Listen To? N00083062 |
| 341. | | | | W. Rose | January 2015 – March 2015 Vital Signs Report for WBRN-FM N00000528 |
| 342. | | | | W. Rose | 6/12/2014 – Email – L.A. Media Affiliation touch base N00043011 – N00043013 |
| 343. | | | | R. Michaels | 9/27/2015 – Email: Missing Data Issue BBG000358 - 373 |
| 344. | | | | | Demonstrative: Timeline of Cox pressure on Nielsen |
| 345. | | | | | Demonstrative: Nicholas Tabachuk's Background with Mike Calta |
| 346. | | | | | Demonstrative: Velociraptor Willy (@velociraptorbtl) Twitter account – tweets and replies |

| | | | | |
|---|---|---|---|---|
| 347. | | | | Demonstrative: Calls and Texts between Bubba Clem and Nicholas Tabachuk |
| 348. | | | | Demonstratives WHPT & WBRN Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 349. | | | | Demonstratives WBRN Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 350. | | | | Demonstratives WUSF Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 351. | | | | Demonstratives WYUU Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 352. | | | | Demonstratives WHPT Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 353. | | | | Demonstratives WHPT WBRN WYUU WUSY Final Graph Ratings Analysis M25-54 Nielsen 06.01.2018 |
| 354. | | | | Demonstrative: Legal Expenses |
| 355. | | | | Demonstrative: Damage Calculations |
| 356. | | | | Demonstrative - Nielsen Affirms Ratings Were Not Affected |
| 357. | | | | Demonstrative: Relevant Parties |
| 358. | | | | Demonstrative: Timeline Short |
| 359. | | | | Timeline of Key Events - Long |