Case 8:15-cv-02435-JDW-AAS   Document 261   Filed 06/29/18   Page 1 of 5 PageID 3107

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIELSEN AUDIO, INC.,

    Plaintiff,

vs.                                             Case No.:  8:15-cv-2435-JDW-AAS

BUBBA CLEM a/k/a BUBBA THE
LOVE SPONGE and BUBBA RADIO
NETWORK, INC.,

    Defendants.
_____/

BUBBA CLEM a/k/a BUBBA THE
LOVE SPONGE and BUBBA RADIO
 NETWORK, INC.,

    Counterclaim Plaintiffs,
v.

NIELSEN AUDIO, INC.,

    Counterclaim Defendant.
_____/

## DEFENDANTS' FINAL WITNESS LIST FOR TRIAL

Defendants/Counter Plaintiffs, BUBBA CLEM a/k/a BUBBA THE LOVE SPONGE and BUBBA RADIO NETWORK, INC. (collectively "Defendants"), by and through their undersigned counsel, hereby files their Final Witness List for Trial pursuant to paragraph 6 of the Court's Pretrial Order (Dkt. 183).

Defendants' are not certain of the order in which witnesses may be called to testify at trial since Plaintiff will put on its case-in-chief first. If any witness should prove to be unavailable at time of trial, Defendants reserve the right to use such witness's deposition testimony. Defendants also reserve the right to (a) call any witnesses listed or called by

Nielsen, and (b) amend their witness list in light of further rulings by the Court or any other changed circumstances.

Defendants provide the following names and addresses of witnesses they expect to call at trial:

|    | **Name and Address**                                                                                                           |   |
|----|--------------------------------------------------------------------------------------------------------------------------------|---|
| 1. | Tom Bean, corporate representative (live)<br>Bubba Radio Network, Inc.<br>5021 W. Nassau St<br>Tampa, FL 33607                 |   |
| 2. | Brian Beasley (by deposition)<br>Beasley Broadcast Group, Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, FL 34103            |   |
| 3. | Justin Chase (live)<br>EVP Programming<br>Beasley Broadcast Group, Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, FL 34103   |   |
| 4. | Bubba Clem (live)<br>Bubba Radio Network, Inc.<br>5021 W. Nassau St<br>Tampa, FL 33607                                         |   |
| 5. | Thomas Clyde (by deposition)<br>Kilpatrick Townsend<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, Georgia 30309-4528     |   |
| 6. | Jeffrey Curry<br>(live, or by deposition if not available)<br>8019 Menard Street<br>Riverview, FL 33578                        |   |

| | | |
|---|---|---|
| 7. | Sonja Curry (live, or by deposition if not available)<br>8019 Menard Street<br>Riverview, FL 33578 | |
| 8. | Custodian of Records and/or other corporate representative (live)<br>Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 | |
| 9. | Joyce Fitch, Esq. (live)<br>General Counsel<br>Beasley Broadcast Group, Inc.<br>3033 Riviera Drive, Suite 200<br>Naples, FL 34103<br>(239) 263-5000 | |
| 10. | Hassan Labib (live)<br>Regional Security Leader NA & AME and EU<br>The Nielsen Company<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 | |
| 11. | Keith Lawless (live)<br>V.P., Market Manager<br>WHPT-FM<br>11300 4th Street North, Suite 300<br>St. Petersburg, FL 33716<br>(727) 579-2000 | |
| 12. | Paul Mears (expert--live)<br>Copperline Media<br>10324 Millport Drive<br>Tampa, FL 33626 | |
| 13. | Robert Mesler (by deposition)<br>107 Bee Street<br>Summerville, South Carolina 29483 | |
| 14. | Randy Michaels (expert--live)<br>1717 Dixie Highway #650<br>Ft. Wright, KY 41011 | |

| | | |
|---|---|---|
| 15. | Chuck Pellem (live, or by deposition if not available)<br>4112 Cragmont Drive<br>Tampa, Florida 33610 | |
| 16. | William Rose (live, or by deposition if not available)<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 | |
| 17. | Eric Rubenstein, Esq. (live)<br>Deputy Chief Legal Officer<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046 | |
| 18. | Dave Willinski (live, or by deposition if not available)<br>Senior Principal Policy Analyst<br>c/o Nielsen Audio, Inc.<br>9705 Patuxent Woods Drive<br>Columbia, Maryland 21046<br>(410) 312-8000 | |
| 19. | Rebecca Shapiro (live)<br>HR Business Partner at Nielsen<br>Nielsen<br>501 Brooker Creek Blvd.<br>Oldsmar, FL 34677 | |
| 20. | Nicholas Tabachuck (live)<br>2345 Kings Point Drive<br>Largo, FL 33774 | |
| 21. | Robert Persante (live)<br>Counsel for Nicholas Tabachuk<br>PresanteZuroweste<br>2555 Enterprise Road, Suite 15<br>Clearwater, FL 33763 | |
| 22. | James P. Laflin (live)<br>2451 Sherwood Lane<br>Clearwater, FL 33764 | |

Respectfully submitted,

*/s/ Richard Rodriguez*
Todd Foster, Esq.
Florida Bar No. 325198
Email: tfoster@tfosterlaw.com
Richard Rodriguez, Esq.
Florida Bar No. 083546
Email: rrodriguez@tfosterlaw.com
**TODD FOSTER LAW GROUP**
1881 W. Kennedy Blvd.
Tampa, FL 33606
Telephone: (813) 229-7373
Facsimile: (813) 280-9981
*Attorneys for Defendants/Counter Plaintiffs*

## Certificate of Service

I HEREBY CERTIFY that on June 29, 2018, I filed the foregoing Witness List for Trial electronically through the Court's CM/ECF system, which caused a copy to be served by email on the following counsel for Plaintiff:

Mark Ragusa, Esq.
Gunster, Yoakley & Stewart, P.A.
mragusa@gunster.com

Alfred R. Fabricant, Esq.
Brown Rudnick
AFabricant@brownrudnick.com

Lawrence C. Drucker, Esq.
Brown Rudnick
LDrucker@brownrudnick.com

Jessica T. Lu, Esq.
Brown Rudnick
JLu@brownrudnick.com

Sarah G. Hartman, Esq.
Brown Rudnick LLP
SHartman@brownrudnick.com

*/s/ Richard Rodriguez*
Richard Rodriguez