**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO. | 8:15-cv-2435-JDW-AAS | DATE: | 7/6/18 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **NIELSEN AUDIO, INC.**<br>          **Plaintiff,**<br>**v.** | | **PLAINTIFF'S COUNSEL**<br>Lawrence Drucker Esq | |
| **CLEM, et al.**<br>          **Defendant** | | **DEFENSE COUNSEL**<br>Todd Foster, Esq | |
| **COURT REPORTER:** | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:    10:00 TO 5:30  TOTAL:**  7.30 hours | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    MEDIATION HELD ON JULY 2, 2018

ON JULY 6, 2018 COUNSEL NOTIFIED THE COURT AND REPORTED THE CASE HAS SETTLED.