IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NIELSEN AUDIO, INC., | ) |
| | ) |
| | ) Civil Action No: |
| | ) 8:15-cv-2435-T-27 (JDW) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BUBBA CLEM a/k/a BUBBA THE LOVE | ) |
| SPONGE and BUBBA RADIO | ) |
| NETWORK, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that all claims and counterclaims by and between Plaintiff Nielsen Audio, Inc. and Defendants Bubba Clem and Bubba Radio Network, Inc. in the above-captioned action are hereby dismissed pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs by any party against the other.

Dated: July 12, 2018

Todd Foster, Esq.
Florida Bar No. 325198
Richard Rodriguez, Esq.
Florida Bar No. 0083546
Kristen Over
Florida Bar No.: 549835
**TODD FOSTER LAW GROUP**
1881 W. Kennedy Blvd.
Tampa, FL 33606
Telephone: (813) 229-7373
Facsimile: (813) 280-9981
Email: tfoster@tfosterlaw.com
rrodriguez@tfosterlaw.com
kover@tfosterlaw.com

Alfred R. Fabricant (*pro hac vice*)
Lawrence C. Drucker (*pro hac vice*)
Sarah G. Hartman (*pro hac vice*)
Jessica T. Lu (*pro hac vice*)
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800;
Fax: (212) 209-4801
E-mail: afabricant@brownrudnick.com
ldrucker@brownrudnick.com
shartman@brownrudnick.com
jlu@brownrudnick.com

-and-

*Attorneys for Defendants*

Mark Ragusa, Esq.
Florida Bar No. 829633
**Gunster, Yoakley & Stewart, P.A.**
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
(813) 222-6619; Fax: (813) 228-6739
Email: mragusa@gunster.com
       tkennedy@gunster.com

*Attorneys for Plaintiff*