UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIELSEN AUDIO INC.,

    Plaintiff/Counterclaim Defendant,

v.                                                                                     Case No. 8:15-cv-2435-T-27AAS

BUBBA CLEM a/k/a Bubba the Love Sponge,
and BUBBA RADIO NETWORK, INC.,

    Defendants/Counterclaimants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal (Dkt. 264), signed by all parties who have appeared. Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The file shall remain **CLOSED**.

**DONE AND ORDERED** this 17th day of July, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record